# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

D'ALCAPONE A. MORRIS

                    Petitioner,      :          Case No. 3:25-cv-00388

    - vs -                      District Judge Michael J. Newman
                                  Magistrate Judge Michael R. Merz

WARDEN,
 Mansfield Correctional Institution,

                                 :
                  Respondent.

---

## DECISION AND ORDER

---

      This habeas corpus case, brought *pro se* by Petitioner D'Alcapone Morris under 28 U.S.C. § 2254, is before the Court on Petitioner's Motion to Expand the Record (ECF No. 13).

      Exhibits A and B are described by Petitioner as pages from the trial transcript. Respondent's counsel shall forthwith examine these exhibits and advise the Court if they are in fact pages from the trial transcript, furnishing the Court with the PageID citations for them. If they are not already part of the State Court Record, Respondent's counsel shall advise the Court why they have not been included and whether Respondent objects to their addition to the record, presumably as parts of complete documents.

      Exhibits C, D, and E do not appear to have been part of the record that was before the state courts when they decided this case. Their addition to the record at this point is precluded by *Cullen v. Pinholster,* 563 U.S. 170 (2011). *Pinholster* bars a federal court "from admitting new evidence

1

upon which to assess the reasonableness of a state court's constitutional analysis." *Upshaw v. Stephenson*, 97 F. 4th 365, 372 (6th Cir. 2024), quoting *Mitchell v. Genovese*, 974 F.3d 638, 647 (6th Cir. 2020).  Petitioner's Motion to Expand is denied as to Exhibits C, D, and E.

March 12, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

2