IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

D'ALCAPONE A. MORRIS,

      Petitioner,

v.

WARDEN,
Mansfield Correctional Institution,

      Respondent.

Case No. 3:25-cv-388

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION AND SUPPLEMENTAL REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. Nos. 17, 20); (2) OVERRULING PETITIONER'S OBJECTIONS (Doc. Nos. 18, 21); (3) DENYING AND DISMISSING WITH PREJUDICE PETITIONER'S HABEAS CORPUS PETITION (Doc. No. 1); (4) DENYING A CERTIFICATE OF APPEALABILITY; (5) CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS AND FINDING THAT *IN FORMA PAUPERIS* STATUS SHOULD BE DENIED ON APPEAL; AND (6) TERMINATING THIS CASE ON THE DOCKET**

---

Petitioner D'alcapone A. Morris, an inmate in state custody, brings this case *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Doc. No. 1. This case is before the Court upon the Report and Recommendation ("R&R") and Supplemental R&R of United States Magistrate Judge Michael R. Merz (Doc. Nos. 17, 20), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Merz's initial R&R recommends dismissing the petition with prejudice as barred by the applicable one-year statute of limitations. Doc. No. 17 at PageID 1851-54. After Petitioner filed objections, the Court recommitted the matter to Judge Merz for further consideration. Doc. No. 19. In his Supplemental R&R, Judge Merz again concludes the one-year statute of limitations bars the petition, and he recommends the Court overrule Petitioner's objections and dismiss his petition with

prejudice.  Doc. No. 20 at PageID 1878-83.  Petitioner has now filed *pro se* objections to the Supplemental R&R as well.  Doc. No. 21.  As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Petitioner's objections to both R&Rs.

Upon careful *de novo* consideration of the foregoing, the Court concludes that Petitioner's objections lack merit and that the R&Rs at issue set forth the applicable law and cogently apply it to correctly conclude that the petition is barred by the applicable one-year statute of limitations.  For these reasons, the two R&Rs should both be adopted.

Accordingly, the Court (1) **ADOPTS** the R&R and Supplemental R&R of the Magistrate Judge in their entirety; (2) **OVERRULES** Petitioner's objections; (3) **DENIES** and **DISMISSES WITH PREJUDICE** Petitioner's habeas corpus petition; (4) **DENIES** Petitioner a certificate of appealability; (5) **CERTIFIES** that any appeal would be objectively frivolous and **FINDS** that Petitioner should be denied *in forma pauperis* status on appeal; and (6) **TERMINATES** this case on the docket.

> **IT IS SO ORDERED.**

April 23, 2026                                    s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge

---

[1] The Court liberally construes Petitioner's *pro se* filings in his favor.  *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976); *see also Mayes v. Warden, Chillicothe Corr. Inst.*, No. 3:22-cv-313, 2024 WL 3163957, at *1 (S.D. Ohio June 25, 2024).